IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MINNIE HENDERSON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action H-19-1437 |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendant | § | |

**JOINT STATUS REPORT**

Plaintiff Minnie Henderson ("Plaintiff") and Defendant PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC ("Defendant") (and collectively the "Parties"), through Counsel, make the following report to the Court pursuant to this Court's January 19, 2021 *Order to Report* (Doc. 52):

Since the filing of the last Joint Status Report on January 15, 2021 (Doc. 51), the Parties, through Counsel, have exchanged further document production and engaged in advanced settlement discussions. Based upon the latest counter-proposal from Defendant, Plaintiff and Defendant are optimistic that settlement discussions will successfully conclude in the next 45 days, if not sooner.

The parties would request the opportunity to file one additional status report by Friday, May 28, 2021.

Stipulated as to form and content:

Dated: April 15, 2021                             Respectfully Submitted,

*/s/Deborah Hubbs*
Deborah Hubbs
State Bar No. 24059976

dhubbs@hubbslawgroup.com
4747 Research Forest Drive #180
The Woodlands, Texas 77380
(832) 598-6257 telephone & facsimile

Brian D. Flick (OH #0081605)
*Admitted Pro Hac Vice*
notices@dannlaw.com
DannLaw
PO Box 6031040
Cleveland, OH 44103
(513) 645-3488
(216) 373-0536 fax

***ATTORNEYS FOR PLAINTIFF MINNIE HENDERSON***

*/s/ Adam Nunnallee (per email authority 04/15/2021)*
Adam Nunnallee
State Bar No. 24057453
anunnallee@dykema.com
Amelia H. Marquis
State Bar No. 24097512
amarquis@dykema.com
Dykema Gossett PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
Ph: (214) 462-6400
Fax: (214) 462-6401

***ATTORNEYS FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

_____I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record on April 15, 2021 via electronic case filing notification.

*/s/Deborah Hubbs*
_____Deborah Hubbs
***ATTORNEY FOR PLAINTIFF MINNIE HENDERSON***