UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Minnie Henderson, | § | |
| | § | |
| *versus* | § | Civil Action 4:19−cv−01437 |
| | § | |
| Ocwen Loan Servicing LLC. | § | |

## Order Setting Conference

1. A pre−trial conference will be held on:

    June 23, 2021
    at 10:30 AM in
    Judge Hughes's Chambers
    United States Court House
    515 Rusk Avenue, Room 11122
    Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about and resolve expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

    Signed on June 1, 2021, at Houston, Texas.

                                              Lynn N. Hughes    USDJ
                                              United States District Judge